Corsa et al. v. Nichols.

Errors assigned — 1st. That the justice belonged to Enfield, the parties to East Windsor, and the facts were done in East Windsor, where there were justices that could judge between the parties. 2d. That the justice had not found the defendant guilty.

Judgment — Manifest error, on both points. See Mary Scovel v. Smith, determined at Fairfield last August Term.

## CORSA & BULL v. NICHOLS.

In a petition for a new trial for mispleading; if the petitioner alleges, that he ought to have set up other facts, he must show that he can prove them; but if he says he ought to have traversed the plea of the adverse party and that it could not be proved, it is sufficient.

PETITION for a new trial in an action on a note brought by them against said Nichols, in which he plead a special plea in bar; to which the plaintiffs made an insufficient reply; which was demurred to; and judgment — That the reply was insufficient. Alleging that they had misplead; and that they ought to have traversed the plea in bar, as it was not true, nor could the defendant have proved it.

Plea in abatement — That the petition does not contain sufficient reason for granting a new trial; that it does not go far enough, in that they have not stated how they could support their new reply. Demurrer.

By the COURT. The plea is insufficient. The plaintiffs have said all that they could say, upon the ground the petition goes. They say there is no truth in the plea in bar, and that the defendant cannot prove it. Whereas had the plaintiffs stated a new and different reply, such as they ought to have made, that would avoid the defendant's plea; in that case they must have shown, not only, that it was sufficient in point of substance, but that the reply was true in fact and also how they could prove it.

Same point was adjudged at Windham in March A. D. 1773; Stores brought a petition for a new trial, in an action Hovey v. him, for mispleading, and stated how he ought to have plead, but did not show how he could avail himself of the new plea, or that he could prove it; for this cause the petition was negatived.